**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN M. PORTER, SB# 62427
  E-Mail: porter@lbbslaw.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

**ARIAS & LOCKWOOD**
CHRISTOPHER D. LOCKWOOD, SB# 110853
  E-mail: christopher.Lockwood@ariaslockwood.com
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Tel: 909-890-0125
Fax: 909-890-0185

Attorneys for Defendants County of Riverside and Armando Munoz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM H. HOWARD,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; ARMANDO MUNOZ; STANLEY SNIFF, JR. and DOES 1-10,<br><br>  Defendants. | CASE NO. EDCV 12-00700 VAP (OPx)<br><br>**SATISFACTION OF JUDGMENT** |

This matter proceeded to jury trial, and resulted in a judgment (ECF Document 168) which subsequently included an award of court costs and attorney's fees (ECF Document 195).

While an appeal from the judgment was pending, the case was completely settled and resolved by the parties. The judgment entered on July 3, 2014 (ECF Document 168) and the costs and attorney's fees subsequently awarded (ECF Document 195) have been fully and completely satisfied, and therefore the judgment in this matter shall be deemed satisfied as well.

4841-4536-0165.1

SATISFACTION OF JUDGMENT

| | | |
|---|---|---|
| 1 | DATED: July 14, 2015 | LAW OFFICES OF VICKI I. SARMIENTO |

By: /s/ Vicki I. Sarmiento
 Vicki I. Sarmiento
 Attorneys for Plaintiff William H. Howard

DATED: July 14, 2015 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ John M. Porter
 John M. Porter
 Attorneys for Defendants County of
 Riverside and Armando Munoz

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, John M. Porter, attest that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.

/s/ John M. Porter

4841-4536-0165.1

2

SATISFACTION OF JUDGMENT